# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4185

_____

BRYAN PIKE,

  Petitioner,

v.

Florida Department of
Corrections, Secretary, MARK S.
INCH,

  Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 15, 2019


PER CURIAM.

  DISMISSED. *See Baker v. State*, 878 So 2d 1236 (Fla. 2004).

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bryan Pike, pro se, Petitioner.

No appearance for Respondent.